# United States District Court

Middle   DISTRICT OF   Alabama

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

400 Walnut Street
Daleville, AL 36322
(described in Attachment A)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 1:05mj81-C

I, __J. L. Arney__ being duly sworn depose and say:

I am a(n) __Postal Inspector__ and have reason to believe
            Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
400 Walnut Street, Daleville, AL 36322, (described in Attachment A)

in the __Middle__ District of __Alabama__

there is now concealed a certain person or property, namely (describe the person or property)

Attachment B

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

property that constitutes evidence of the commission of a criminal offense

in violation of Title __18__ United States Code, Section(s) __2252 and 2252 (A)__
The facts to support the issuance of a Search Warrant are as follows:

See attached Affidavit.

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

May 31, 2005                                        at   Montgomery, Ala.
Date                                                      City and State

Charles S. Coody  US Magistrate Judge         _____
Name and Title of Judicial Officer                Signature of Judicial Officer

AFFIDAVIT

I, Jeffrey L. Arney do solemnly depose and state the following:

1) I am an Inspector with the United States Postal Inspection Service and have been so employed since August, 2004. Prior to my appointment as a Postal Inspector, I was employed as a detective with the Greensboro (NC) Police Department for over thirteen years. During a part of my tenure with the Greensboro (NC) Police Department, I was assigned to the Child Victim Unit and was responsible for the investigation of child abuse, child neglect and the sexual exploitation of children.

2) As a United States Postal Inspector, I am currently responsible for the investigation of Federal offenses involving the alleged use of the United States Mails to distribute and receive child pornography in violation of Title 18 United States Code Section 2252, et. Seq., and the alleged use of computers in interstate commerce to receive, possess or distribute child pornography in violation of Title 18 United States Code Section 2252 and Section 2252A. I have received training in how to conduct investigations of offenses relating to child pornography and sexual exploitation of minors as well as specialized instruction on how to conduct investigations of offenses relating to child sexual exploitation and child pornography that involve use of the United States Mails. The specialized training I have received also includes various courses on the recovery of digital evidence located on computers and other similar electronic data storage devices, the exploitation of children involving the use of the Internet, and the behavioral analysis on the child sex offender.

1

3) This affidavit is being made in support of an application for an anticipatory warrant to search the entire premises of 400 Walnut Street, Daleville, Alabama 36322 listed in Attachment A.

4) The factual information contained in this application and affidavit is based upon my investigation and upon information provided to me orally and in written form by Inspector J. K. Terry of the United States Postal Inspection Service and other law enforcement officers. Because this affidavit is being submitted for the purpose of securing an anticipatory search warrant, it does not contain all the information from the investigation, but only those facts deemed necessary to establish probable cause for the requested anticipatory search warrant.

5) I have probable cause to believe that evidence of a violation of Title 18, United States Code, Section 2252 and Section 2252A, involving the use of the United States Mails to distribute and receive child pornography, and the use of a computer in interstate commerce to receive or possess or distribute child pornography, is located in and within 400 Walnut Street, Daleville, Alabama 36322. Based upon the following information, there is probable cause to believe that the above-identified premise currently contains evidence, fruits, and instrumentalities of receipt and possession of child pornography, as described below and in Attachment A.

6) Title 18, United States Code, Section 2252(a) (2) and (b) (2) makes it a federal criminal offense for any person to knowingly receive any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, if the producing of such

2

visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

7) Title 18, United States Code, Section 2252 (a)(4)(B) and (b)(2) makes it a federal criminal offense for any person to knowingly possess any visual depiction that has been mailed, or has been shipped or transported in interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

8) The following words and definitions are pertinent to the investigation:

<u>Minor</u> – Title 18 United States Code Section 2256(1), defines "minor" as any person under the age of eighteen years.

<u>Child Pornography</u> – any visual depiction of a minor engaged in sexually explicit conduct in Violation of Title 18, United States Code, Section 2256 (8)(A)(B) and (C).

<u>Sexually Explicit Conduct</u> – actual or simulated sexual intercourse, including genital-genital, oral-genital, and anal-genital, or oral-anal, whether between persons of the same or opposite sex, to include such acts as bestiality, masturbation, sadistic or masochistic abuse and/or lascivious exhibition of the genital or pubic area of any person.

<u>Computer</u> – is defined as pursuant to Title 18, United States Code Section 1030(e)(1), as an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

3

<u>Computer hardware</u> – consist of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Computer hardware includes any data-processing devices (including, but not limited to, central processing units, internal and peripheral storage devices; peripheral input/output devices, as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware).

<u>Computer software</u> – consists of digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

## SEXUAL EXPLOITATION OF CHILDREN BACKGROUND

9) The majority of individuals who collect child pornography are persons who have a sexual attraction to children. They receive sexual gratification and satisfaction from actual physical contact and from fantasy involving the use of sexually explicit pictures of children.

10) The majorities of individuals who collect child pornography often seek out and correspond with like - minded individuals, to share information and trade child pornography and child erotica. This contact helps these individuals to rationalize and validate their sexual interests and behavior.

11) The majority of individuals who collect child pornography maintain books, magazines, newspapers and other writings on the subject of sexual activities with children, as a way of understanding their own feelings and justifying those feelings. Such individuals rarely

4

destroy these materials because of the psychological support they provide and routinely have these items in locations that are easily accessible to them.

12) The majority of individuals who collect child pornography go to great lengths to conceal and protect their collections and rarely, if ever, dispose of their sexually explicit materials.

13) Information, data, and images found on a computer must be placed there by some means including but not limited to, human input, downloading from the Internet, downloading from another source such as a compact discs, DVD or video.

14) Probable cause for purposes of a search warrant means a fair probability that contraband or evidence of a crime will be found in a particular place, given the circumstances set forth in the affidavit.

15) Because of the technical expertise required to conduct a forensic analysis of computer hardware and software, and the time consuming nature of a forensic computer examination, the examination of the computer hardware and software will need to be completed in a controlled environment at an offsite location.

## LOCAL INVESTIGATION

16) In February 2005, United States Postal Inspector J. K. Terry began operating an undercover webpage advertising "rare and unique videos".

17) In April 2005, Inspector Terry received an email request from "howard035@centurytel.net" for a catalog of available videos for purchase. A listing of videos available for purchase was returned by email to the requestor. The list of available videos consisted of adult and child pornographic videos, instructions on submitting a request for any of the videos, the purchase price for each video, and instructions on payment for the videos. Each available video was described by title and number, with a detailed description of the sexually explicit acts performed in the video, and a specific description of the ages of the child participants in the videos containing child pornography.

18) On April 30, 2005, Inspector Terry received an envelope through the US Mail addressed to an undercover address provided on the undercover website and product catalog. The address on the aforementioned envelope was handwritten and the return address was a sticker reading, "Howard Brookshire, Jr., 400 Walnut St., Daleville, AL 36322." Inside the envelope was a handwritten letter which stated:

> "Kevin,
> OK Trying this decided to send full amount. I want
> School Days 6666
> P-Teen Trio 4777
> Fam Sex 6742
> After School 1298"

19) The envelope also contained two (2) US currency $20.00 bills for the purchase of the aforementioned videos listed in the handwritten letter.

20) The videos ordered consisted of the following, with video descriptions as advertised:

> SCHOOL DAYS/6666: Uncle Tommy helps his 10 year old, TWIN!!, nieces lick his cock. One at a time and together.
>
> PRE-TEEN TRIO/4777: Teenage "ménage-a-tois"...two boys aged 15-17 and girl age about 10; suck, fuck, and more in every position...unbelievable.

6

FAMILY SEX/6742: Mom licks Dad's dick then rubs dick on 10-year-old daughter's pussy. Has great masturbation scenes of all. Close-ups of daughter playfully peeing in a bucket and of daughter sucking dad.

AFTER SCHOOL/1298: Two girls, ages 10 & 15, get turned on with porn photos, frolic on bed, do masturbation and eat pussy. Games continue with sex toys. Older girl with big tits makes it a threesome and older girl eats younger girl's pussy.

21) On May 9, 2005, Inspector Terry, using the US Mail, sent a letter to "Howard Brookshire, Jr., 400 Walnut St, Daleville, AL 36322" acknowledging the payment for the videos and confirming the order of the four aforementioned titles. In addition, Inspector Terry provided a "verification code" in his correspondence and instructed the recipient to reply, via email or US Mails, with the verification code.

22) On May 13, 2005, Inspector Terry received an email from "howard035@centurytel.net" regarding the return of a prearranged "verification code." Using the information from within this email from "howard035@centurytel.net," I identified the originating Internet Protocol (IP) Address as 209.142.136.132. With this IP Address, I identified the sender's Internet Service Provider (ISP) as CenturyTel Internet Holdings, Inc. CenturyTel Internet Holdings, Inc. provides service to "howard035@centurytel.net" for the purposes of connection to the Internet and the sending and receiving of emails.

23) On May 18, 2005, I obtained a United States Grand Jury Subpoena for any and all subscriber information in the possession of CenturyTel Internet Holdings, Inc. for the user of the IP Address of 209.142.136.132 at the time and date of the email to Inspector Terry.

24) Upon service of the Subpoena, I was notified on May 20, 2005 that the requested subscriber information was available from a secondary IP Address used during the same

7

transmission of the aforementioned email to Inspector Terry. A second United States Grand Jury Subpoena was obtained and served on CenturyTel Internet Holdings, Inc. for the IP address of 64.91.26.36. On May 20, 2005, I received information identifying the user of IP address 64.91.26.36 on May 13, 2005 at 00:08:14 Central Daylight Time (CDT) as Howard Brookshire, SSN 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, 400 Walnut St., Daleville, AL 36322, telephone number 334-598-8359. According to the information received from the subpoena request, the subscriber, Howard Brookshire started Internet service with CenturyTel Internet Holdings, Inc. on March 14, 2005 and has an email address of "howard035@centurytel.net." A credit card number of 4606256809795808 is being used to pay for the aforementioned service. CenturyTel Internet Holdings, Inc. informed me the Internet service provided by their company was for the residence at 400 Walnut St., Daleville, AL 36322.

### PREPARATION FOR THE CONTROLLED DELIVERY

25) On May 31, 2005, a package whose contents were four (4) videotapes containing images of child pornography, as defined in Title 18, United States Code, Section 2256 (8)(A)(B) and (C), was addressed to Howard Brookshire, Jr., 400 Walnut St., Daleville, Alabama 36322, proper postage was affixed to it, and the package was placed in the US Mail. A specific description of the box and its contents are as follows: A US Postal Service Express Mail parcel bearing label ER 875679946 US; two "Sony T-120VL Premium grade (6hrs EP)" videocassettes with sleeves titled "Pre-Teen Trio 4777" and "School Days 6666"; two "Sony T-160VL Premium grade (8hrs EP)" videocassettes with sleeves titled "After School 1298" and "Family Sex 6742"; bubble wrap and packaging paper, and an electronic monitoring device. The monitoring device is calibrated to emit a beep every 3-5 seconds while the videotapes are within the package. Once the videotapes are

8

removed from the package, the monitoring device will emit a constant one - second beep, alerting those monitoring the device tones.

26) WHEREFORE, your affiant respectfully requests that an anticipatory warrant be issued authorizing the United States Postal Inspection Service, pursuant to Title 18, United States Code, Section 3105, with appropriate assistance from other law enforcement officers, to enter the said described premises once the package or its contents to be delivered, is taken into the premises, and the aforementioned monitoring device alerts by emitting the one-second beep, and therein search for and seize the items as set forth above and in Attachment A to this affidavit and search warrant.

JEFFREY L. ARNEY
U.S. POSTAL INSPECTOR

Sworn to and Subscribed before me this 31 day of May 2005.

UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF ALABAMA

## ATTACHMENT A

### Description of Premises to be Searched

The residence to be searched is located at 400 Walnut Street, Daleville, AL 36322. The residence is a single wide mobile home residence with tan aluminum siding and dark brown trim. The numbers "400" are affixed to the side of the house facing Walnut Street. The numbers "400" are clearly visible from the street. A chain link fence borders the property on two sides. The rear of the residence faces Walnut Street. The residence is situated at the corner of Walnut Street and Mullins Street, Daleville, Alabama 36322.





ATTACHMENT B

DESCRIPTION OF ITEMS TO BE SEIZED

Affiant seeks to search for, and seize, evidence and instrumentalities of pornography, including:

1. US Postal Service Express Mail parcel bearing label ER 875679946 US and its contents.
2. Two "Sony T-120VL Premium grade (6hrs EP)" videocassettes with sleeves titled "Pre-Teen Trio 4777" and "School Days 6666".
3. Two "Sony T-160VL Premium grade (8hrs EP)" videocassettes with sleeves titled "After School 1298" and "Family Sex 6742".
4. Computer hardware, computer software, computer-related documentation, computer passwords and data security devices, further described as follows:

   a. Computer hardware consists of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. Hardware includes (but is not limited to) any data-processing devices (such as central processing units, memory typewriters, and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk devices and diskettes, tape drives and tapes, optical storage devices and diskettes, tape drivers and tapes, optical storage devices; transistor-like binary devices, and other memory storage devices); peripheral input-output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communication devices (such as modems, cables, and acoustic couplers, automatic dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices): as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

   b. Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, optical, or other digital form. It commonly includes programs to run operating systems, applications (such as word processing, graphic, or spreadsheet programs), utilities, compilers, interpreters, and communication programs.

   c. Computer related documentation consists of written, recorded, printed or electronically stored material which explains or illustrates the configuration or use of any seized hardware, software, or other related items.

   d. Computer data and other data security devices are designed to restrict access or to hide computer software, documentation or data. Data security devices may consist of hardware, software, or other programming code. Data security hardware may include encryption devices, chips, and circuit boards. Data security software or digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well reverse the process to restore it.

5. Any and all computer correspondence pertaining to 1) the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256; or 2) the persuading, inducing or enticing of a child under the age of 16 to engage in sexual activity, through the use of any facility or means of interstate commerce (or attempting to do so).

6. Any child pornography, in whatever form, as defined in Title 18, United States Code, Section 2256.

7. Any and all written, printed, or computer correspondences pertaining to the travel in interstate commerce for the purpose of engaging in sexual activities with children under 18.

8. Any and all computer correspondence offering to transmit through interstate commerce including by United States mail or by computer, any visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

9. Any and all computer correspondence identifying persons 1) transmitting, through interstate commerce, including by United States mail or by computer, any visual depiction of minors engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256; or 2) persuading, inducing or enticing of a child under the age of 16 to engage in sexual activity, through the use of any facility or means of interstate commerce (or attempting to do so).

10. Any and all electronic communications and e-mail.

11. Address books and phone books that might contain information on other subjects and/or victims.

12. Any and all audio/visual equipment with the capability of creating or editing tapes, films, movies, or other visual depictions of minors engaging in sexually explicit conduct.

13. Receipts and/or other records, indicating the processing or developing of film.

14. Information leading to the identity and age of the children depicted in the images described above.

15. Photographs, magazines, movies, videotapes, negative slides and undeveloped file depicting nudity of both adults and children.

16. Non-sexual photographs, pictures, or videotapes of children, commonly referred to as child erotica.

17. Writings, including, but not limited to, diaries, ledgers, letters, or other correspondence, both written and electronic, which includes sexual content.

18. Any and all letters, envelopes, and other correspondence identifying persons transmitting, through the United States Mail, or by computer, any visual depiction of children engaging in sexual conduct.

19. Indicia of occupancy, consisting of items tending to establish the identity of the person, or persons, having control of the premises at 400 Walnut St., Daleville, Alabama 36322