# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/31/05 | 6/4/05 6:00 PM | Howard Brookshire, Jr. |

INVENTORY MADE IN THE PRESENCE OF

Howard Brookshire, Jr.

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED SEARCH WARRANT INVENTORY

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate

Date: 7/6/05

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Howard Brookshire Jr.  Date: 6-4-05
Subject Address: 400 Walnut Ave, Daleville AL.  Floor/Room No. Master Bedroom
Inspector(s): _____  Case No. 0675-1528076-CE(1)

Safe: ____  Cabinet: ____  Credenza: ____  Desk: ____  Drawer: ____
Shelf: ____  Table: ____  Wall: ____  Other: ____

| QUANTITY | DESCRIPTION OF ITEMS | |
|---|---|---|
| 1 | 9mm Highpoint Model C P2#0774 | SM |
| 3 | 9mm Mags with Ammo | SM |
| 1 | Bag with Misc Ammo | SM |
| 12 | Video tapes - from VHS storage box (2 bags) | JM |
| 1 | Folder misc papers (2 drawer file) | JM |
| 1 Bag | 1 VHS tape - 1 book - Family Tales | SM |
| 1 Bag | 1 Mag - Come of Age & 1 "Fuji Photo to Task" | WP |
| 1 Footlocker | 49 VHS tapes | WP |
| 1 Bag | Ammo from Nightstand by Door | SM |
| 2 | VHS tapes from TV Stand | SM |

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 1 of 5 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Howard Brookshire Jr.
Date: 6-4-05
Subject Address: 400 Walnut, Dalsville AL
Floor/Room No.: Children's Room
Inspector(s): _____
Case No.: 0675-1528076-CE(1)

Safe: _____ Cabinet: _____ Credenza: _____ Desk: _____ Drawer: _____
Shelf: _____ Table: _____ Wall: _____ Other: _____

| QUANTITY | DESCRIPTION OF ITEMS | |
|---|---|---|
| 1 | Floppy Disc - Under Mattress | KL |
| 1 | Hard Drive Quantum M8054 | JW |
| 1 | CPU - Without Case - "CDC" - Enterprise AL | JW |
| 1 | Video Tape - Closet | KL |

DISTRIBUTION OF COPIES: White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 2 of 5 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: Howard Brookshire  
Date: 6-4-05

Subject Address: 400 Walnut Ave, Daleville AL.  
Floor/Room No.: Front Bedroom

Inspector(s): _____  
Case No.: 0675-1528076-CE(1)

Safe: ___  Cabinet: ___  Credenza: ___  Desk: ___  Drawer: ___
Shelf: ___  Table: ___  Wall: ___  Other: ___

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 | Apple Laptop - Macintosh Powerbook 170  S/N CK2010V3783  JM |
| 2 | Magazines - Bathroom  JSM |
| 1 | Controlled Delivery Package (Living Rm) SM. (Doorway to Frt Bedroom) |

DISTRIBUTION OF COPIES:  
White- *U.S. Magistrate (Return with Warrant)*  
Yellow- *Inspector (Attach to PS Form 714)*  
Pink- *Subject Searched*  
Green- *Evidence Control Officer (Attach to PS Form 714)*

Page 3 of 5 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE

## SEARCH WARRANT INVENTORY

Position/Box.: _____/_____

Subject Name: Howard Brookshire Jr.  Date: 6-4-05
Subject Address: 400 Walnut Av, Dalsville AL  Floor/Room No. Living Room
Inspector(s): _____  Case No. 0695-1528076-CE(1)

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____
Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS | |
|---|---|---|
| 20 | VHS tapes from Entertainment Ctr. | JM |
| 27 | "    "    "    "    " | JM |
| 35 | "    "    "    "    " - in brown bag | JM |
| 40 | "    "    "    "    "    "    " | JM |
| 7 | VHS tapes - in bag on floor | JM |
| 3 | VHS tapes - table next to Entertainment Ctr | JM |
| 1 | VHS tape - red bag on couch | JM |
| 1 | Maroon back pack with 4 CP Ctrls Delv tapes | KL JM |
| 1 | Black carry case with Play Station + Memory Card | JM |
|  | S/N DT435371987 | |
| 1 bag | Pink bubble wrap from Ctrls Delv. | JM |
| 1 | 9 mm mac - computer desk | SM |
| 1 | 9 mm mac - "    " | JM |
| 3 | Rounds ammo - end table | JJ |
| 1 bag | Misc docs from computer desk | SM JM |
| Large Carton | Computer media - CD's - Floppy discs | SM |
|  | 2 cameras + 1 audio tape recorder | JM |
| 1 | CPU - AMD Duran no S/N - Marked "JM 6-4-05" | JM |

DISTRIBUTION OF COPIES:  White- U.S. Magistrate (Return with Warrant)
Yellow- Inspector (Attach to PS Form 714)
Pink- Subject Searched
Green- Evidence Control Officer (Attach to PS Form 714)

Page 4 of 5 pages

PS Form 8164, October 1993

# THE UNITED STATES POSTAL INSPECTION SERVICE
## SEARCH WARRANT INVENTORY

Position/Box.: _____ / _____

Subject Name: HOWARD BROOKSHIRE JR    Date: 6-4-05

Subject Address: 408 WALNUT ST DALEVILLE AL    Floor/Room No.: LIVING ROOM

Inspector(s): _____    Case No.: 0675-1528076-CE(1)

Safe: _____  Cabinet: _____  Credenza: _____  Desk: _____  Drawer: _____

Shelf: _____  Table: _____  Wall: _____  Other: _____

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 1 - | PS FORM 3849 FROM TRASH CAN        SM |
| 1 - | ALA WEB INTERNET SERVICES ENV. - TRASH  SM |
| 1 - BAG | MISC PAPERS FROM MAIL SLOT        SM |
| 1 - BAG | MISC AMMO FROM BEHIND ENTRANCE DOOR  SM |
| 2 BOXES | MAILING ENVELOPES |

DISTRIBUTION OF COPIES:  White-*U.S. Magistrate (Return with Warrant)*
Yellow-*Inspector (Attach to PS Form 714)*
Pink-*Subject Searched*
Green-*Evidence Control Officer (Attach to PS Form 714)*

Page 5 of 5 pages

PS Form 8164, October 1993